AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH FELZER

**WARRANT FOR ARREST**

CASE NUMBER: **00-6323**

To: The United States Marshal
and any Authorized United States Officer

**CR-HURLEY**

YOU ARE HEREBY COMMANDED to arrest _____ JOSEPH FELZER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

MAGISTRATE JUDGE VITUNAC

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title ____18____ United States Code, Section(s) __2113(a)__

CLARENCE MADDOX                                U.S. CLERK OF THE COURT/COURT ADMINSTRATOR
Name of Issuing Officer                        Title of Issuing Officer

_signature_                                    11-16-2000    FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                   Date and Location

Bail fixed at $ __PTD requested__   by _signature_
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |