U.S. Department of Justice
*United States Attorneys*

REC'D by _____ D.C.

FEB 5 - 2001

. MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

# United States District Court
# for the Southern District of Florida

UNITED STATES OF AMERICA

v.

JOSEPH FELZER

NO. 00-6323-CR-HURLEY

FEB - 2 2001

### PETITION OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An _____ is pending in this Court against

JOSEPH FELZER _____ in the above styled case, and it is set for

INITIAL APPEARANCE _____ as to the defendant on 2/5/01 _____

at 11:00AM, WEST PALM BEACH, FL

2. The defendant is now confined in the   COUNTY JAIL

at  BROWARD COUNTY

3. It is necessary to have the defendant before this Court for  AN INITIAL APPEARANCE
as aforesaid.

WHEREFORE,  this  petitioner  prays  that  this  Honorable  Court  issue  a  writ  of  habeas  corpus  ad prosequendum,  directing  any  United  States  Marshal  to  proceed  to  the  aforesaid  penal  institution  and  there take  into  custody  the  body  of  the  defendant  and  have  the  defendant  before  this  Court  at  the  time  and  place above  specified  for  INITIAL APPEARANCE _____  and  upon  completion  of  all proceedings  to  return  the  defendant  to  the  custody  of  the  Warden  of  the  aforesaid  penal  institution;  and  also directing  the  Warden  to  deliver  the  defendant  into  the  custody  of  any  United  States  Marshal  for  this  purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS P. LANIGAN
Assistant United States Attorney

cc:  U.S. Attorney (AUSA  LANIGAN _____ )