U.S. Department of Justice
United States Attorneys

# United States District Court
# for the Southern District of Florida



NO. 00-6323-CR-HURLEY

UNITED STATES OF AMERICA

v.

JOSEPH FELZER

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   ANY UNITED STATES MARSHAL, and

WARDEN, BROWARD COUNTY JAIL

It appearing from the petition of the United States of America that the defendant in the above case, JOSEPH FELZER, is confined in the COUNTY JAIL at BROWARD COUNTY, and that this case is set for Initial Appearance as to the defendant at WEST PALM BEACH, FLORIDA on 2/5/01, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of JOSEPH FELZER, now detained in custody as aforesaid, under safe and secure conduct, before this Court at WEST PALM BEACH, FLORIDA by or before 11 o'clock, A.M., on 2/5/01 for Initial Appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of COUNTY JAIL at BROWARD COUNTY to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of February, 2001

_____
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney (AUSA LANIGAN)
     U.S. Marshal (4 certified copies)
     Chief Probation Officer