UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

JOSEPH FELZER,
      Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Jail No.:_____

                    Language: ENGLISH_____

                    Address: IN CUSTODY_____

                    Tel. No:_____

Defense Counsel:    Name    : HOWARD SCHUMACHER_____

                    Address: ONE E. BROWARD BLVD STE 700_____

                              FORT LAUDERDALE, FL 33301_____

                    Tel. No: 954-356-0477_____

Bond Set/Continued:    $ TEMP PTD_____

Dated this 6th day of February, 2001.

                    CLARENCE MADDOX, CLERK

                    BY_____
                          Deputy Clerk

                    TAPE NO. LRJ-01-6
                    DIGITAL START NO. 965