AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA    523010

UNITED STATES OF AMERICA

V.

JOSEPH FELZER

**WARRANT FOR ARREST**

CASE NUMBER: **00-6323**

To: The United States Marshal
and any Authorized United States Officer

**CR-HURLEY**

YOU ARE HEREBY COMMANDED to arrest    JOSEPH FELZER
                                        Name

**MAGISTRATE JUDGE VITUNAC**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title ___18___ United States Code, Section(s) __2113(a)__

CLARENCE MADDOX                              U.S. CLERK OF THE COURT/COURT ADMINISTRATOR
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                11-16-2000    FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ __PTD requested__  by _[signature] Luana S. Snow_
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WHCAP from Broward Co Jail

| DATE RECEIVED 11/16/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, USM SD/FL | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 02/06/2001 | | |

This form was electronically produced by Elite Federal Forms, Inc.