# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 3/6/01   TIME: 9:30 AM 10:30a.

DEFT. JOSEPH FELZER (J)   CASE NO. 00-6323-CR-HURLEY/VITUNAC

AUSA. THOMAS LANIGAN *(Lauren Jorgensen)*   ATTY. HOWARD SCHUMACHER - CJA

AGENT. _____   VIOL. BANK ROBBERY 18:2113

PROCEEDING STATUS RE: DISCOVERY   BOND. _____

FUTURE DATES _____

DISPOSITION  No discovery problems; possible plea. Estimated trial date - 3 days.

DATE: 3/6/01   TAPE: LRJ-01- 13-2307