TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __JOSEPH FELZER__

CASE NO. __00-6323-____ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __March 6, 2001__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

____ The case is ready for trial and not likely to settle by plea.

__✓__ The parties estimate trial will take __3__ days to complete.

____ Other comments:

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE