# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 2/6/01   TIME: 9:30 AM

DEFT. JOSEPH FELZER (J)   CASE NO. 00-6323-CR-HURLEY/VITUNAC

AUSA. _Richard Brown for_ THOMAS LANIGAN   ATTY. Howard Schumacher, CJA

AGENT. JIM LEWIS - FBI   VIOL. BANK ROBBERY 18:2113

PROCEEDING   INITIAL   BOND. PTD (GOVT REQUEST)

FUTURE DATES _____

DISPOSITION Defendant advised of rights. Howard Schumacher appointed as counsel of record. Government requested Pretrial Detention. Pretrial Detention set 2/8/01 @ 9:30 am in Ft. Lauderdale.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

Defendant Arraigned.

Status Conf set 3/6/01 @ 9:30 am before Judge Johnson.

DATE: 2/6/01.   TAPE: LRJ-01- 6-965.