CRIMINAL MINUTES

FILED by ___ D.C.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

=============================================

00-6323-CR ✓

Case No. 00-6333-CR             Date May 25, 2001

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: English          Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Joseph Feltzer

AUSA: Thomas P. Lanigan     DEFENSE COUNSEL: Howard Schumaker

TYPE OF HEARING: Change of plea from not guilty to guilty as to Counts I and II in Case No. 00-6323-CR-Hurley and to Count I in Case No. 00-6333-CR-Hurley.

RESULTS OF HEARING: After an inquiry, the pleas of guilty were accepted.

Misc.: Sentencing date set for Friday, August 17, 2001, at 8:30 a.m.