UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
PLAINTIFF )
)
)
) CASE NO. 00-6323-CR-HURLEY
V. )
)
)
JOSEPH J. FELZER )
DEFENDANT. )

## MOTION FOR PRODUCTION OF TRANSCRIPTS

NOW COMES, the Defendant-Appellant, Joseph J. Felzer, pro se/through counsel, and respectfully moves this Honorable court to provide, his appointed counsel/defendant with copies of the trial transcript. Specifically, it is respectfully requested that this court provide counsel/defendant with advance approval of all costs attendant to the copying of the trial transcript. In support thereof, counsel/defendant states the following:

1. On or about 5th of Feb 2001, the undersigned counsel for the Defendant was appointed by the District Court. Since FIRED BY DEFENDANT

2. In order to prepare the Statement of Issues, Designations and the Brief, it is necessary that the undersigned counsel/defendant, have the opportunity to first review the trial transcript.

3. To date, counsel/defendant has not received any transcript of any proceeding in the District Court.

WHEREFORE, the Defendant prays for an order furnishing the counsel/Defendant, free of charge, with the copy of the trial transcripts.

Respectfully Submitted this 10th Day of October, 2001

Joseph Felzer
Attorney/Defendant Pro Se