AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

01-7595 CIV HURLEY

| United States District Court | District SOUTHERN DISTRICT OF FLORIDA | | |
|---|---|---|---|
| Name of Movant JOSEPH FELZER | Prisoner No. 55636-004 | Case No. | 00-6323-HURLEY 00-6333-HURLEY |
| Place of Confinement FEDERAL DETENTION CENTER  P.O. BOX 019120  MIAMI, FL 33101-9120 | | | |

MAGISTRATE JUDGE SORRENTINO

UNITED STATES OF AMERICA    V.    JOSEPH J. FELZER
(name under which convicted)

## MOTION

NIGHT BOX

1. Name and location of court which entered the judgment of conviction under attack __United States District Court 701 Clematis Street West Palm Beach, Florida 33401__

FILED OCT 1 2 2001

2. Date of judgment of conviction __August 17, 2001__

3. Length of sentence __77 Months__

CLERK, USDC / SDFL / WPB

4. Nature of offense involved (all counts) __Bank Robbery ( 3 counts ) 21 U.S.C. § 2113 (a)__

_____
_____
_____
_____

5. What was your plea? (Check one)
   (a) Not guilty      ☐
   (b) Guilty          ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   __Plead guilty to all three counts.__
   _____
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

cat / div __B/FTL__
Case # __01-7595__
Judge __DTKH__   Mag __CHS__
Motn Hp __NO__   Fee pd $ __N/A__
Receipt # _____

48

9. If you did appeal, answer the following: **N/A**

    (a) Name of court _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information: N/A

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?    N/A

            Yes ☐    No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information: N/A

        (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____

(3)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?  N/A
        Yes ☐      No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?  N/A
    (1) First petition, etc.        Yes ☐      No ☐
    (2) Second petition, etc.      Yes ☐      No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    <u>Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

    (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: WHETHER THE APPELLANT RECEIVED ADEQUATE ASSISTANCE OF COUNSEL WHEN COUNSEL FAILED TO RAISE COMPETENCY ISSUE FOR APPELLANT

Supporting FACTS (state *briefly* without citing cases or law) THE APPELLANT ASSERTS THAT COUNSEL FAILED TO RAISE THE ISSUE OF THE APPELLANT'S COMPETENCY EVEN AFTER BEING INFORMED THAT THE APPELLANT HAD SUFFERED FROM MENTAL DISABILITIES IN THE PAST. APPELLANT RAISED ISUE WITH COUNSEL PRIOR TO HIS BEING SENTENCED, AND COUNSEL STATED, " THAT HE DOESN"T WANT TO WASTE HIS TIME". APPELLANT ASSERTS THAT THIS DENIED HIM EFFECTIVE ASSISTANCE.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

(5)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __THERE HAS BEEN NO PREVIOUS CHALLENGES FILED IN THIS CASE.__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing __HOWARD J. SCHUMACHER 600 East Broward Boulevard Suite 1800 FORT LAUDERDALE, FLORIDA 33394__

    (b) At arraignment and plea __SAME AS ABOVE__

    (c) At trial __NO TRIAL IN THIS CASE__

    (d) At sentencing __SAME AS ABOVE__

(e) On appeal __NO DIRECT APPEAL WAS FILED__

(f) In any post-conviction proceeding __PROCEEDING PRO SE'__

(g) On appeal from any adverse ruling in a post-conviction proceeding __NONE FILED__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: __N/A__

    (b) Give date and length of the above sentence: __N/A__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__10-10-01__
    (Date)

_____
Signature of Movant

ATTACHMENTS TO GROUNDS

GROUND ONE:

COUNSEL THEN AVOIDED THE APPELLANT AND DIDN'T RESPOND TO APPELLANT'S CALLS AND AFTER FINALLY GETTING LETTER, COUNSEL THEN RESPONDS, BUT BY NOW IT'S ONE WEEK AWAY FROM THE APPELLANT IS DUE TO BE SENTENCED. APPELLANT RAISED THE ISSUE SEVERAL TIMES AND COUNSEL FAILED TO PROPERLY EVALUATE WHETHER OR NOT APPELLANT HAS A MENTAL DISORDER.

FURTHER, THIS IS EVEN IN THE APPELLANT'S P.S.I. REPORT (SEE PAGE 21 @ 83-84), WHERE IT STATES THAT THE APPELLANT DOES HAVE A HISTORY OF DEPRESSION AND "PSYCHOTIC FEATURES", THEREFORE, COUNSEL KNEW OF THIS ISSUE AND WAS OBLIGATED TO APPELLANT TO EXAMINE ALL METHODS OF DEFENSE ON APPELLANT'S BEHALF.

APPELLANT CLAIMS THAT THE REPRESENTATION OF COUNSEL FELL BELOW THE STANDARDS REQUIRED PURSUANT TO THE APPELLANT'S CONSTITUTIONAL RIGHTS, CONST. AMEND IV.