UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSEPH J. FELZER,
    Defendant.
_____/

FILED by _____ D.C.
OCT 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING *PRO SE* MOTION FOR PRODUCTION OF TRANSCRIPTS

**THIS CAUSE** come before the court upon the filing of a *pro se* motion by the above named defendant for production of transcripts. Upon review of the motion and the court's file pertaining to the defendant, it is

**ORDERED and ADJUDGED:**

The motion for production of transcripts is **denied.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this ___ day of October, 2001.

**copy furnished:**
Mr. Joseph J. Felzer

Daniel T. K. Hurley
United States District Judge