IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

United States OF AMERICA

v.

JOSEPH J. FELZER

CASE NO. 00-6323, 00-6333 CR
JUDGE: DANIEL HURLEY

### MOTION TO TRANSFER INTO FEDERAL CUSTODY

Comes now, defendant, Joseph J. Felzer, pro se and moves this court to transfer him from state custody into the Federal custody pursuant to the plea agreement accepted and entered into by this court. In support of this motion the defendant would state the following:

1. Defendant is currently a prisoner in the custody of the Florida Department of Corrections at the South Florida Reception Center in Dade County, Florida, in service

-1-



of a 35.4 month term of incarceration imposed by 17th Judicial Circuit Court in and for Broward County, Florida. (reference number: 98017496CF10A, 98016572CF10A).

2. On August 17, 2001, this court sentenced the defendant to 77 months in prison to run concurrently with his state sentence.

3. As part of the plea agreement, the defendant would serve the concurrent state and Federal sentences in Federal custody.

4. On November 8, 2001, the 17th Judicial Circuit of Broward County sentenced the defendant to 35.4 months in prison to be serve concurrently with the Federal sentence. The trial judge agreed to the defendant serving the sentence in Federal custody.

5. On December 4, 2001, the defendant was remanded into the custody of the

Department of Corrections for the State of Florida.

6. The defendant requests this court issue an order transporting him into Federal custody to begin service of his Federal sentence.

WHEREFORE, the defendant moves this court to grant the relief requested in this motion, issue an order transferring him from the custody of the State of Florida into the custody of Federal Correction officials, and grant any other relief this court may deem appropriate.

It is so prayed.

Respectfully submitted

_Joseph J. Felzer_
Joseph J. Felzer, pro se
DC # 896638
South Florida Reception Center
14000 N.W. 41 ST.
Miami, FL 33178

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing motion to Transfer into Federal Custody, was furnished to, Thomas Lanigan, Assistant U.S. Attorney, 500 E. Broward Blvd. 7th Floor, Ft Lauderdale, Florida 33394, by U.S. mail on January 24, 2002.

Joseph J. Felzer