UNITED STATES DISTRICT COURT
__Southern__ DISTRICT
__Criminal__ DIVISION

__UNITED STATES OF AMERICA__
 Plaintiff,

                                              CASE NO: 00-6323-CR-Hurley
 v                                                     00-6333-CR-Hurley

Joseph J. Felzer,
 Defendant.
_____/

NOTIFICATION OF CHANGE OF ADDRESS

(Plaintiff/Defendant), __Joseph J. Felzer__, pro se, hereby notifies this Honorable Court that his address has been changed as follows:

NAME __Joseph J. Felzer__
ADDRESS __Charlotte Correctional Inst.__
__33123 Oil Well Road - E3 103u__
__Punta Gorda, FL 33955__
__Bunk # E3-103 upper__

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to __The Clerk of Courts United States District Court For The Southern District of Florida__ on this __6th__ day of __Feburary 2002__.

/s/ __Joseph J. Felzer__