UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH J. FELZER,
    Defendant.
_____/

FILED by _____ D.C.
FEB 1 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION TO TRANSFER INTO FEDERAL CUSTODY

**THIS MATTER** come before the court upon pro se motion filed by the above named defendant on January 25, 2001, to transfer into federal custody. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

The motion to transfer into federal custody is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of February, 2002.

**copy furnished:**
AUSA Thomas Lanigan
Howard J. Schumacher, Esq.
Mr. Joseph J. Felzer

Daniel T. K. Hurley
United States District Judge