```
FILED by ___ D.C.
JUL - 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-7595-Civ-HURLEY
(00-6323-Cr-HURLEY)
MAGISTRATE JUDGE SORRENTINO

JOSEPH FELZER,                :

    Movant,               :

v.                            :            FINAL JUDGMENT

UNITED STATES OF AMERICA,     :

    Respondent.           :

_____

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate pursuant to 28 U.S.C. §2255 is denied.

2. All motions related to the civil case not otherwise ruled upon are dismissed, as moot.

3. The case is closed.

DONE AND ORDERED at West Palm Beach, Florida, this ___ day of _July_____, 2002.

                                Daniel T. K. Hurley
                             UNITED STATES DISTRICT JUDGE

cc: Joseph Felzer, Pro Se
    Thomas B. Lanigan, AUSA

