UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE # __01CR6323__

VS.                           REPORT COMMENCING CRIMINAL ACTION

__Joseph Felzer__   PRISONER # __55636-004__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: __6/20/07   1000__
2) LANGUAGE(S) SPOKEN: __English__
3) OFFENSE(S) CHARGED: __Probation Violation__
4) U.S. CITIZEN   [✓] YES   [ ] NO   [ ] UNKNOWN
5) DATE OF BIRTH: __12/14/71__
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT        [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [✓] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____
   ORIGINATING DISTRICT: __SD/FL__

COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES   [ ] NO

7) AMOUNT OF BOND: __Ø__         WHO SET BOND __Ø__
8) ARRESTING AGENT: __DUSM P. Juraven__    DATE: __6/20/07__
   (PRINT NAME)
9) AGENCY __USMS__          PHONE: __561-655-1827__