UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
00-6333-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH FELZER,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER


    s/ Robert E. Adler
    Robert E. Adler
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 259942
    450 Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    TEL: (561) 833-6288
    FAX: (561) 833-0368
    *Robert_Adler@FD.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, undersigned electronically filed the foregoing document with the Clerk of the Court and Kimberly Abel, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401, using CM/ECF and has served same via U. S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

s/ Robert E. Adler
Robert E. Adler