# COURT MINUTES

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**   DATE: 6/20/07   TIME: 10:00 AM

DEFT. JOSEPH FELZER   (J)   CASE NO. 00-6323-CR-HURLEY / 00-6333-CR HURLEY

LANGUAGE: ENGLISH   PRISONER NO:

AUSA. KIMBERLY ABEL   ATTY. FPD Appointed

AGENT. ODINE LINDOR- USPO   VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING INITIAL ON SR VIOLATION   BOND. NO BOND

DISPOSITION Deft. sworn in and advised of charges in violation petition.

Deft. found to be indigent - FPD Appointed.
Deft. stipulates to detention + admits to violation
Deft. waives Prelim. + Final Probable Cause Hrgs.

R+R to be submitted to Dist. Judge.

DATE: _____   TAPE: JMH- 07-38-1159

Time in Court: ____ Hr. ____ Min.