UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY/VITUNAC
00-6333-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

**JOSEPH FELZER,**
    **Defendant.**
------------------------------------------/

## NOTICE OF HEARING

**TAKE NOTICE** that the **Sentencing on Violations of Supervised Release** in the above cited case, is hereby set for **Wednesday, July 25, 2007 at 8:30 a.m.,** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida. For updated court information, counsel may visit the unofficial Web site at http://us.geocities.com/uscts or may call directly to the courtroom deputy at 561/803-3452.

**DATED THIS** 9th day of July, 2007.

                                            /s/Irene Rivera for
                                                James E. Caldwell, Sr.
                                                    Courtroom Deputy

**copy furnished:**
AUSA Kimberly Abel
Robert Adler, Esq.
United States Probation Office

United States Marshal's Service

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts