# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 7/11/07    TIME: 10:00AM

DEFT. JOSEPH J. FELZER (J)

CASE NO. 00-6323-CR-HURLEY
00-6333-CR-HURLEY

LANGUAGE: ENGLISH

PRISONER NO.: 55636-004

AUSA. *Lauren Jorgensen* THOMAS LANIGAN

ATTY. *Samuel J. Smargon for* ROBERT ADLER, AFPD

AGENT. LINDOR ODINE - USPO

VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING INITIAL ON NEW CHARGES

BOND. DETENTION

FUTURE DATES: _____

DISPOSITION  Defendant already admitted first five charges. Court advised deft of new charge. Defendant admitted new charge. The Court finds deft knowingly + voluntarily admitted to charge + will recommend that the District Court proceed to sentencing.

DATE: 7/11/07    TIME: 10    TAPE: LRJ-07 - 41-1497