# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

Case No. 00-6323-CR. 00-6333-CR.

(Start Time: 8:30 a.m.)

Date: July 25, 2007
(End Time: 9:20)

Courtroom Deputy: James E. Caldwell

Court reporter: Pauline Stipes

Language Spoken: English

Defendant's Status: (Pretrial Detained / ~~Bond~~)

**UNITED STATES OF AMERICA v.** Joseph Felzer

AUSA: Thomas Lanigan

DEFENSE COUNSEL: AFPD Robert E. Adler

**TYPE OF HEARING:** Sentencing hearing for violating the conditions of supervision.

**RESULTS OF HEARING:** The defendant was sentenced to imprisonment for time served and reinstatement of supervised release.

Misc.: