UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH FELZER,
    Defendant.
_____/

### *AMENDED JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE*

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. On July 25, 2007, the court held a hearing and subsequently concluded that the defendant, after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served**.

\*\*\*   2. Upon release from imprisonment, the defendant shall be placed on **supervised release for a term of 35 months**. While on supervised release, the defendant shall not commit another federal, state or local crime. The defendant shall be prohibited from possessing a firearm or other dangerous devices, and shall not possess a controlled substance. In addition, the defendant shall comply with

the standard conditions of supervised release as recommended by the United States Sentencing Commission and all special conditions previously imposed, with the following added conditions:

1) The defendant shall participate in an approved treatment program for mental health / substance abuse and abide by all supplemental conditions of treatment. Participation may include inpatient / outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

2) The defendant shall receive a psychological evaluation by a qualified psychiatrist as designated by the United States Probation Office and take all prescribed medications to enhance his psychological or physical health.

3) The defendant shall make restitution payments at the rate of 10% of his monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

3. All remaining terms and conditions, previously imposed, are reimposed.

DONE and SIGNED in Chambers at West Palm Beach, Florida this __9th__ day of August, 2007.

**copy furnished:**
AUSA Thomas P. Lanigan
AFPD Robert E. Adler
U.S. Marshal Service
U.S. Probation Office, West Palm Beach, FL

Daniel T. K. Hurley
United States District Judge