**United States Government**
MEMORANDUM

**DATE:** December 4, 2007

**FROM:** Odine Lindor
U.S. Probation Officer, Hollywood, Florida
(954) 769-5575

**SUBJECT:** FELZER, Joseph
Docket No. 00-6323-CR-HURLEY
and 00-6333-CR-HURLEY
SD/FL PACTS No. 67129

**TO:** Honorable Daniel T. K. Hurley, Judge
U.S. District Court, West Palm Beach, Florida

## RESPONSE TO THE DEFENDANT'S REQUEST
## FOR LEAVE FROM RESIDENTIAL REENTRY CENTER

On December 3, 2007, this officer received a copy of the defendant's written request submitted to the Court, to be allowed to visit his family on December 25, 2007. On November 15, 2007, the defendant reported to Dismas Charities, a Residential Reentry Center (RRC) where he is completing a 90-day sanction due to violations of supervised release (submitting urine specimens which tested positive for the presence of cocaine). The defendant was previously at Spectrum Programs, Incorporated, where he was scheduled to complete a 90-day residential drug treatment program. However, the defendant was discharged two weeks prior to his scheduled termination date due to a number of noncompliant issues with him.

Since the defendant's entered the RRC, he has complied with the program rules and the conditions of his supervised release. He is presently unemployed and was actively searching for employment. His employment search will be suspended while he undergoes knee surgery in the near future. As such, this officer has no objections to the defendant being granted a one-day leave to visit his mother on December 25, 2007, from 12 noon to 8 p.m.

Respectfully submitted,

The defendant's request for leave to visit family is hereby:

✓ APPROVED                              ___ DENIED

_____          _____
Daniel T. K. Hurley, Judicial Officer     Daniel T. K. Hurley, Judicial Officer