## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6323-CR-HURLEY
### CASE NO. 00-6333-CR-HURLEY

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

v.

**JOSEPH J. FELZER,**
        **Defendant.**

------------------------------------------------/

### ORDER  SETTING  SENTENCING HEARING
### FOR VIOLATING SUPERVISION

**THIS CAUSE** is before the court upon report from the United States Probation Office that

the defendant in the above captioned case violated the conditions of supervision and upon the report

and recommendation of a United States Magistrate Judge.  For that reason, it is

**ORDERED** and **ADJUDGED**  as follows:

A sentencing hearing will be conducted on **Tuesday, February 26, 2008,** at **8:30 a.m.** in

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of

February, 2008.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Kimberly Dunn Abel
AFPD Robert E. Adler
United States Probation Office
United States Marshal's Service