rlb                          UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF FLORIDA

                          Case No. 00-6323-CR-HURLEY
                                 00-6333-CR-HURLEY


UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH FELZER,

        Defendant.

_____/

                          **NOTICE OF ASSIGNMENT**

        The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.

        Please send all notices and inquiries to this attorney at the address listed below.

                                KATHLEEN M. WILLIAMS
                                FEDERAL PUBLIC DEFENDER


                                By: s/Dave Lee Brannon
                                Dave Lee Brannon
                                   Supervisory Assistant
                                Federal Public Defender
                                Attorney for Defendant
                                Florida Bar No. 297941
                                450 Australian Avenue, Suite 500
                                West Palm Beach, Florida 33401
                                Telephone: (561)833-6288; Facsimile: (561)833-0368
                                Email: Dave_Brannon@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on **February 12, 2008**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.



s/*Dave Lee Brannon*

Dave Lee Brannon

**SERVICE LIST**
**UNITED STATES OF AMERICA  v.  JOSEPH FELZER**
**Case No.   00-6323-CR-HURLEY; 00-6333-CR-HURLEY**


Kimberly Dunn Abel
Kimberly.dunn@usdoj.gov
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: 561.820-8711
Facsimile: 561.820.8777
Attorney for Plaintiff