PROB 19a                                                                                                  SD/FL PACTS No. 67129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6323-CR-HURLEY</u>
<u>00-6333-CR-HURLEY</u>

U.S.A. vs JOSEPH JOHN FELZER

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||
|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||
| NAME OF SUPERVISED RELEASEE<br>Joseph John Felzer | SEX<br>Male | RACE<br>White |
| ADDRESS (STREET,CITY,STATE)<br>9801 SW 1st Street, Plantation, Florida 33324 || AGE<br>36 |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, West Palm Beach, Florida || DATE IMPOSED<br>8/17/2001 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, West Palm Beach, Florida |||
| CLERK<br>Steven M. Larimore | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>Jan. 18, 2008 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>1/18/08 || DATE EXECUTED<br>2/5/08 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale ||||
| NAME | Christina PHaro, US marshal<br>S/D  FL | (BY) *[signature]*<br>Sabrina Livingston, ASDUSM | DATE<br>2/5/08 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u> ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."