UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA       CASE # 00-6323-CR-HURLEY
                                      00-6333-CR-HURLEY
VS

FELZER, JOSEPH J        PRISONER # 55636-004

******************************************************************
TO:  CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI      FT. LAUDERDALE      (WEST PALM BEACH)      FT. PIERCE
******************************************************************

ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 2/5/08  AM

2) LANGUAGE(S) SPOKEN: ENGLISH

3) OFFENSE (S) CHARGED: Viol. of Probation

4) U.S. CITIZEN   [X] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: 12/14/71

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [ ] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [X] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: S/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES    [ ] NO

7) AMOUNT OF BOND: —          WHO SET BOND: —

8) ARRESTING/PROCESSING AGENT: CLARKE        DATE: 2/8/08

9) AGENCY: USMS            PHONE: 561 655 1827