UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSEPH FELZER,
    Defendant.
_____/

### NOTICE RESETTING SENTENCING HEARING

TAKE NOTICE that the sentencing hearing for violating the conditions of supervision in the above captioned case, which commenced on February 26, 2008, is continued to **Friday, March 14, 2008, at 3:00 p.m.**, before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom 5, 701 Clematis Street, West Palm Beach, Florida.

DATED THIS 26th day of February, 2008.

                                                James E. Caldwell, Sr.
                                              Courtroom Deputy

**copy furnished:**
AUSA Thomas P. Lanigan
AFPD Dave Lee Brannon
U.S. Probation Office, WPB, FL
U.S. Marshal Service