# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

===============================

Case No. 00-6323-CR  
00-6333-CR  
(Start Time: 4:15 p.m.)

Date: March 14, 2008  
(End Time: 5:55 p.m.)

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: English      Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Joseph Felzer

AUSA: Thomas P. Lanrigan   DEFENSE COUNSEL: AFPD Dave Lee Brannon

TYPE OF HEARING: Sentencing hearing for violating the conditions of Supervised Release.

RESULTS OF HEARING: After an inquiry, the defendant was sentenced to imprisonment for 1 year and 1 day with no further supervision to follow.

Misc.: